IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Tonya Haskett, individually and on behalf of all others similarly situated,<br>　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )　No.　1:17-cv-2605-MPB-JMS |
| Millikan Law Office, PC, an Indiana professional corporation, and Atlas Collections, Inc., an Indiana corporation,<br>　　　Defendants. | )<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Tonya Haskett, and Defendants, Millikan Law Office, PC ("Millikan") and Atlas Collections, Inc. ("Atlas") (collectively the "Defendants"), submit this Joint Motion, pursuant to Fed. R. Civ. P. 23, for certification of a settlement class and preliminary approval of the Class Action Settlement Agreement. In support of this motion, the parties state:

　　1.　A Class Action Settlement Agreement, dated November 21, 2017, and attached as Exhibit 1, has been entered into by the parties.

　　2.　The proposed Class Notice is attached as Exhibit 2.

　　3.　The proposed Order Granting Preliminary Approval to the Class Action Settlement Agreement is attached.

　　4.　The parties represent to the Court:

　　　　A.　That the proposed settlement was reached through arms-length negotiations between Plaintiff's Counsel and Defendants' Counsel;

1

   B. That the parties believe the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendants of the FDCPA; and,

   C. That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendants with respect to any of the material allegations in the Complaint, and that Defendants specifically deny that its actions constitute a violation of the FDCPA to any extent whatsoever.

5. Plaintiff's Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsel are in favor of this Motion. The Declaration of one of Plaintiff's counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 3.

6. Defendants agree to the certification, pursuant to Fed.R.Civ.P. 23(b)(3), of a settlement class consisting of all persons in the State of Indiana, from whom Defendants attempted to collect a delinquent consumer debt that was allegedly owed for medical services, via the same form collection letter that Defendants sent to Plaintiff (Complaint Exhibit C), from August 2, 2016 to the present. (the "Class").

7. Defendant also agrees to the appointment of Tonya Haskett as representative of the Class and the appointment of her attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., and John T. Steinkamp as Class Counsel.

WHEREFORE, the parties request that this Court certify the settlement Class requested herein, grant preliminary approval to the Class Action Settlement Agreement and enter the attached order.

Dated: December 15, 2017

Plaintiff's Counsel,

/s/ David J. Philipps

David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

Defendant Millikan's Counsel,

/s/ Neal Bowling

Neal Bowling     (Ind. Bar No. 19278-41)
Dina M. Cox     (Ind. Bar No. 18590-49)
Lewis Wagner, LLP
501 Indiana Avenue
Suite 200
Indianapolis, Indiana 46202
nbowling@lewiswagner.com
dcox@lewiswagner.com

Defendant Atlas' Counsel

/s/ Peter A. Velde

Peter A. Velde     (Ind. Bar No. 949-49)
Nicholas W. Levi     (Ind. Bar No. 24278-53)
Kightlinger & Gray, LLP
One Indiana Square
Suite 300
211 N. Pennsylvania Street
Indianapolis, Indiana 46204
pvelde@k-glaw.com
nlevi@k-glaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Neal Bowling | nbowling@lewiswagner.com |
| Dina M. Cox | dcox@lewiswagner.com |
| Lewis Wagner, LLP | |
| 501 Indiana Avenue | |
| Suite 200 | |
| Indianapolis, Indiana 46202 | |
| | |
| Peter A. Velde | pvelde@k-glaw.com |
| Nicholas W. Levi | nlevi@k-glaw.com |
| Kightlinger & Gray, LLP | |
| One Indiana Square | |
| Suite 300 | |
| 211 N. Pennsylvania Street | |
| Indianapolis, Indiana 46204 | |

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com